FILED
2021 Feb-23  PM 02:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| CLARENCE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  7:19-cv-01107-AKK-HNJ |
| ) | |
| OFFICER ROGERS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION AND ORDER

The magistrate judge filed a report on February 1, 2021, recommending the court dismiss with prejudice plaintiff Williams's claim against John Doe.  Doc. 28.  The magistrate judge further recommended that the special report filed by defendants Rogers and Smith be treated as a motion for summary judgment, and that the court grant the motion as to defendant Rogers and deny it as to defendant Smith.  *Id*.  Finally, the magistrate judge recommended the court refer the plaintiff's Eighth Amendment claim against defendant Smith to the magistrate judge for further proceedings.  *Id*.  Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is

hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that the plaintiff's claim against John Doe is **DISMISSED WITH PREJUDICE**. The court **FURTHER ORDERS** that the motion for summary judgment is **GRANTED** as to defendant Rogers and **DENIED** as to defendant Smith. This matter is **REFERRED** to the magistrate judge for further proceedings as to the remaining claim.

    **DONE** the 23rd day of February, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE